UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                            CASE NO. 06-12553

DAPHINE WILLIAMS GREEN

7100 TULANE RD E.

HORN LAKE   MS  386371481

## ORDER OF DISMISSAL

**THIS DAY,** the above-styled and numbered case came on for hearing before this Court on the Motion to Dismiss filed by Locke D. Barkley, Standing Trustee. The Court, having heard and considered said Motion and otherwise being fully advised in the premises, finds that after adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerk of this Court a written responsive pleasing to the Motion.

**IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**IT IS FURTHER ORDERED** that the Trustee shall give notice by mail of the dismissal as provided by Bankruptcy Rule 2002(f). This Court retains jurisdiction for the sole purpose of disbursing funds from lawsuits which have been brought or could have been brought by the Chapter 13 Trustee on behalf of this bankrupt estate.

**SO ORDERED** this the 14th day of AUGUST 2007.

David W. Houston, II
UNITED STATES BANKRUPTCY JUDGE

Debtor's Attorney:

JILL GRAVES CLYBURN
CLYBURN LAW OFFICE
2400 POPLAR AVE STE 200
MEMPHIS TN 38112